Name: Leila McCoy
Address: 10911 W. 63rd Place #101 Arvada, CO 80004
Telephone Phone: 8165085056
Email: oshun116@icloud.com

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff(s),

v.

Orange County Department of Socal Services et al

Defendant(s).

Case No.: 8:20-cv-01879-JAK (JPR)
(assigned at time of filing)

**COMPLAINT**

**I.   RELATED CASES**

    a.   Do you have other Civil Case(s) in this or any other federal court?

        ☐ Yes     ☒ No

    b.   If yes, please list the case numbers here:

**II.   STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

9-19-20
Date

Signature

Leila McCoy
Printed Name

4

## LIST OF DEFENDANTS

### LEILA MCCOY V. ORANGE COUNTY DEPARMENT OF SOCIAL SERVICES

1. ORANGE COUNTY DEPARMENT OF SOCIAL SERVICES
    a. 6100 CHIP AVE. CYPRESS, CA 90630
2. ILLUMINATION FOUNDATION
    a. 1091 N Batavia St Orange, CA 92867
3. SAN DIEGO COUNTY DEPARTMENT OG HEALTH AND HUMAN SERVICES
    a. 5001 73RD STREET SAN DIEGO, CA 90630
4. CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
    a. 744 P STREET SACRAMENTO CA 95841


PERSONS INVOLVED:

MARY BAKER, CASE WORKER ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES

VANESSA, LINDA, JENNIFER MOREHOUSE- CASE WORKERS SAN DIEGO HEALTH AND HUMAN SERVICES

GABRIELLA, VINCENT AND HOUSING NAVIGATOR



